Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
James W. Henderson, Jr., Bar No. 71170
  james@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Defendants CALIFORNIA STATE
EMPLOYEES ASSOCIATION and
CALIFORNIA STATE UNIVERSITY
EMPLOYEES UNION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS DIMITRE,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al.,<br><br>          Defendants. | Case No. 2:17-CV-01698-KJM-DB<br><br>**STIPULATION RE FILING OF SECOND AMENDED COMPLAINT AND ORDER THEREON**<br><br>The Hon. Kimberly J. Mueller, Dept. 3<br><br>Action Filed:   August 15, 2017<br>Trial Date:     None set. |

WHEREAS, this action was initiated with the filing of a Complaint by the Plaintiff on or about August 15, 2017; and

WHEREAS, prior to serving the Complaint on the Defendants, the Plaintiff filed a First Amended Complaint, and served both the Complaint and First Amended Complaint on Defendants California State Employees Association ("CSEA") and California State University Employees Union ("CSUEU") on October 24, 2017; and

WHEREAS, the parties stipulated to an extension of time for Defendants CSEA and CSUEU to respond to the Complaint and First Amended Complaint to November 29, 2017; and

WHEREAS, on November 14, 2017, Defendants sent a meet and confer letter to the Plaintiff requesting that the Plaintiff voluntarily agree to amend the Complaint relating to certain alleged deficiencies in the First Amended Complaint; and

WHEREAS, Plaintiff has agreed to voluntarily prepare a Second Amended Complaint; and

WHEREAS, since the Complaint has already been amended once as a matter of course, it is necessary to obtain an order permitting the filing and service of a Second Amended Complaint; and

WHEREAS, to give the Defendants sufficient time to review the Second Amended Complaint with respect to its pleading sufficiency and to draft an appropriate response;

IT IS HEREBY STIPULATED AND AGREED, AND AN ORDER IS REQUESTED BY THE COURT as follows:

1. That leave be granted to permit Plaintiff to file and serve a Second Amended Complaint on or before November 29, 2017; and

2. Defendants CSEA and CSUEU shall have 21 days from the date of service within which to respond to the Second Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: November 22, 2017

By     */s/ Thomas Dimitre*
Thomas Dimitre
Plaintiff

I hereby agree to the terms of this Stipulation.

I hereby agree to the terms of this Stipulation.

Dated: November 22, 2017     MESSING ADAM & JASMINE LLP

By     */s/ James W. Henderson, Jr.*
Jason H Jasmine
James W. Henderson, Jr.
Attorneys for Defendants CALIFORNIA STATE EMPLOYEES ASSOCIATION and CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION

**ORDER**

The parties having so stipulated and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Plaintiff is granted leave to file and serve a Second Amended Complaint on or before November 29, 2017;

2. Defendants CSEA and CSUEU shall have 21 days from the date of service within which to respond to the Second Amended Complaint.

DATED: November 28, 2017.

UNITED STATES DISTRICT JUDGE