# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DIMITRE, | No. 2:17-cv-1698 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, | |
| Defendant. | |

On February 22, 2018, the parties filed a stipulation requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to the VDRP for the convening of a VDRP session to occur as soon as possible, at which a principal with full settlement authority for each party shall appear.

IT IS SO ORDERED.

DATED: February 26, 2018.

_____
UNITED STATES DISTRICT JUDGE