UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DIMITRE, | No. 2:17-cv-1698 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, | |
| Defendant. | |

On October 19, 2020, a telephonic conference was held before the undersigned at which the parties reached an agreement to settle this action. (ECF No. 106.) Accordingly, an order issued ordering the parties to file dispositional documents on or before November 6, 2020. (ECF No. 107.) The parties, however, have failed to comply with that order. The failure of a party to comply with any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Moreover, the parties have failed to respond to informal communications from the undersigned's chambers.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. On or before **April 23, 2021**, the parties shall file a statement providing good cause for their failure to comply with the October 19, 2020 order[1]; and

2. The parties shall file dispositional documents on or before **May 7, 2021**.

Dated:  April 11, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\dimitre1698.osc

---

[1] The parties may comply with this requirement by filing dispositional documents.